NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MORRIS M. GOLDINGS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5091

---

Appeal from the United States Court of Federal Claims in No. 10-CV-277, Judge Marian Blank Horn.

---

**JUDGMENT**

---

REID FRANCIS MOORE, JR., Law Office of Reid Moore, Jr., of Palm Beach, Florida, argued for plaintiff-appellant.

CARRIE A. DUNSMORE, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |